UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JAN 26 PM 12: 16
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 415-161 |
| NICOLE M. WHITLEY | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DISMISSAL
~~LEAVE OF COURT~~

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant NICOLE M. WHITLEY without prejudice.

SO ORDERED, this 26th day of January, 2016.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA